IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CHARLES FUDGE,
ADC #SK-950                                                                    PLAINTIFF

v.                                        5:03CV00461HDY

LARRY NORRIS, et al.                                                          DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young.  There have been no objections.  After a review of those proposed findings and recommendations,  the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that plaintiff's motion for temporary restraining order and/or preliminary injunction (DE #82) is hereby DENIED without prejudice.

IT IS FURTHER ORDERED that defendants' motion to strike (DE #83) is hereby GRANTED.

IT IS SO ORDERED this 6th day of January, 2006.


_____
UNITED STATES DISTRICT JUDGE