IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CHARLES FUDGE                                                                PLAINTIFF
ADC#78875

Vs.                              CASE NO.  5:03cv00461 JMM

J.T. BANKS, et al                                                                     DEFENDANTS

ORDER

In response to the Court's order and in anticipation of the jury trial set for 9:15 a.m., August 6, 2007, Plaintiff has submitted a witness list (docket entry #127).  Defendants have filed a response to Plaintiff's witness list (docket entry #132) and Plaintiff has filed a reply to Defendants' response (docket entry #135).

After examining the pleadings, the Court will allow most of Plaintiff's witnesses to testify.  After a search of the Arkansas Department web site, the Court was not able to locate inmate David Jones (ADC #111448), therefore this witness will be disallowed.

Defendants have filed a witness list identifying the Plaintiff and Defendants as their witnesses.

The Arkansas Department of Correction is, therefore, directed to ensure the attendance of Plaintiff, James Charles Fudge, ADC #78875, East Arkansas Maximum Unit, at the jury trial on August 6, 2007, at 9:15 a.m., Room 389, Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Little Rock, Arkansas.  The Arkansas Department of Correction is further directed to send with Plaintiff his complete institutional and medical file.

The Arkansas Department of Correction is also directed to ensure the attendance

of witnesses Dwight L. Ford, ADC #079929 (Varner Supermax Unit), Antonia Ellis, ADC #117390 (Varner Unit), and James Fields, ADC #086313 (Varner Supermax Unit) at the Courtroom, Jefferson County Jail/Correctional Facility, 7206 West Seventh Street, Pine Bluff, Arkansas, August 6, 2007 at 9:30 a.m., to testify as witnesses in the jury trial by video conference.

   IT IS SO ORDERED this 2nd day of August, 2007.


                                        _____
                                        UNITED STATES DISTRICT JUDGE