IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES CHARLES FUDGE**                                                                       **PLAINTIFF**

**VS.**                           **CASE NO.  5:03CV000461 JMM**

**LARRY NORRIS, ET AL.**                                                                   **DEFENDANTS**

### ORDER

Plaintiff's unopposed Motion to Dismiss Defendant Nurse Vereem as a defendant in the above styled case is granted (#137).  The Clerk of the Court is directed to terminate Nurse Vereem as a defendant in this case.

IT IS SO ORDERED THIS  6  day of  August , 2007.


                                                                                    _____
                                                                                    James M. Moody
                                                                                    United States District Judge