IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CHARLES FUDGE                                        PLAINTIFF

Vs.                     CASE NO.   5:03cv00461 JMM

J.T. BANKS, et al                                          DEFENDANTS

## ORDER

The parties are directed to file a status report, no later than April 14, 2008, on the court ordered investigation as to witness Antonio Dewayne Ellis' refusal to testify at the jury trial on August 6, 2007.

IT IS SO ORDERED this 31st day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE