IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CHARLES FUDGE                                                                  PLAINTIFF

Vs.                            CASE NO.   5:03cv00461 JMM

J.T. BANKS, et al                                                                    DEFENDANTS

## ORDER

During a telephone conference held with the parties' counsel, the Assistant Attorney General was instructed to submit to the Court along with a copy to Plaintiff's counsel, the result of the internal investigation regarding the allegations of Inmate Antonio Ellis.  This should be submitted no later than Friday, April 25, 2008, and can be e-mailed to jmmchambers@ared.uscourts.gov.

Counsel for Plaintiff will be allowed forty five (45) days to submit to the Court a response to the investigation report.

IT IS SO ORDERED this 24th day of April, 2008.

UNITED STATES DISTRICT JUDGE