IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CHARLES FUDGE,
ADC #78875

                                                                  PLAINTIFF

v.                                  5:03CV00461HLJ

LARRY NORRIS, et al.                                                  DEFENDANTS

## ORDER

This matter is before the Court on the defendants' motion for partial summary judgment (DE #160). As of this date, plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' motion for partial summary judgment within ten (10) days of the date of this Order.

IT IS SO ORDERED this 10th day of December, 2008.

_____
United States Magistrate Judge