# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JAMES CHARLES FUDGE,**
**ADC #SK-950**                                                                                    **PLAINTIFF**

**VS.**                              **CASE NO. 5:03CV000461 JMM**

**LARRY NORRIS, ET AL.**                                                                      **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received

from Magistrate Judge Henry L. Jones and the objections filed in response, and has further

reviewed the relevant record *de novo*.  The Findings and Recommendations are adopted in their

entirety as this Court's findings.

Accordingly, defendants' motion for partial summary judgment (DE #160) motion is

hereby GRANTED in part and all of plaintiff's due process claims against Evans and Harris are

dismissed.  The (DE #160) motion is DENIED in part and plaintiff may proceed against

defendants Nelson-Courtney, McCarrell, Evans, E. Hobbs, and Banks on plaintiff's excessive

force claims allegedly occurring on January 8, April 19, and June 14 of 2002.

IT IS SO ORDERED THIS  6   day of   January, 2008.


_____
James M. Moody
United States District Judge