IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES CHARLES FUDGE**                                                                     **PLAINTIFF**

VS.                          CASE NO.  5:03CV000461 JMM

**T. NELSON-COURTNEY, ET AL.**                                                    **DEFENDANTS**

## JUDGMENT

This action came on for trial on January 14, 2009, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.  At the close of plaintiff's case, the Court dismissed all claims against E. Hobbs and James Banks upon motion of the defendants. On January 15, 2009, at the conclusion of trial the jury returned a verdict in favor of defendants Tammy Nelson-Courtney, Rickey McCarrell, and Ransom Evans and against the plaintiff.

IT IS ORDERED AND ADJUDGED that based upon the jury's verdict as to defendants, plaintiff's complaint is dismissed with prejudice with plaintiff taking nothing.

Dated this 20th day of January, 2009.

James M. Moody
United States District Judge