IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES CHARLES FUDGE**                                                                               **PLAINTIFF**

**VS.**                                    **NO. 5:03CV000461 JMM**

**LARRY NORRIS, ET AL.**                                                      **DEFENDANT**

**AMENDED ORDER**

Plaintiff's Counsel's Motion for Withdrawal is granted (#196). The Clerk of the Court is directed to withdraw J. Slocum Pickell as counsel for plaintiff.

IT IS SO ORDERED this  21   day of January, 2009.

_____
James M. Moody
United States District Judge