IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CHARLES FUDGE                                                       PLAINTIFF

Vs.                       CASE NO. 5:03cv00461 JMM

LARRY NORRIS, et al                                                  DEFENDANTS

ORDER

Pending before the Court is the Application of January 24, 2009, by J. Slocum Pickell for the reimbursement of out-of-pocket expenses (docket entry #200). Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of one thousand eight dollars and sixty six cents ($1,008.66) and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 28th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE